**Order entered November 14, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00130-CV

### BRYAN INMAN, Appellant

### V.

### HENRY LOE, JR., JAMES MORRISON,
### AND PATRICK HENRY MEDICAL, LLC, Appellees

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-14-0482**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on November 27, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/     DAVID L. BRIDGES
PRESIDING JUSTICE